SHANNON MARIE JENKINS, ESQ. (Bar No. 189781)
E-mail: Sjenkins@tldlaw.com
TREDWAY, LUMSDAINE & DOYLE LLP
2010 Main Street, Suite 1000
Irvine, California 92614
Telephone:  (949) 756-0684
Facsimile:   (866) 298-9254

Attorneys for Plaintiff,
HIGHTECHLENDING, INC. D/B/A/
AMERICAN SENIOR

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHTECHLENDING INC, d/b/a AMERICAN SENIOR, a business entity and JOHN DOE an unknown business entity,<br><br>Defendants. | Case No. 3:23-cv-01235-AJB-KSC<br><br>**JOINT MOTION TO CONTINUE DEADLINES IN SCHEDULING ORDER REGULATING CLASS CERTIFICATION, DISCOVERY, AND OTHER PRE-TRIAL PROCEEDINGS**<br><br>[Filed Concurrently with Proposed Order; Evidentiary Declaration]<br><br>Assigned To: Hon. Anthony J. Battaglia<br>Magistrate Judge: Hon. Karen S. Crawford<br><br>Action Filed:   07/03/2023<br>Trial Date:      Not Set Yet |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA:**

Pursuant to the Southern District of California Local Rule 7-2, the undersigned counsel of record of Defendant HighTechLending, Inc., d/b/a/ American Senior ("Defendant") and Plaintiff Thane Charman ("Plaintiff") submit this stipulation requesting that the Court Continue Class Certification and All Related Deadlines.

//

## 1. RECITALS

On July 2, 2023, Plaintiff filed a class action complaint against Defendant in this Court alleging (1) Violations of the Telephone Consumer Protection Act [47 U.S.C. 227 et. seq.] and (2) Violations Unlawful Prong of California Unfair Competition Law.  Declaration of Shannon Marie Jenkins ("Jenkins" Decl."), ¶2; Dkt. No. 1.

On July 24, 2023, the Defendant filed a Motion to Dismiss for Insufficient Service of Process.  Jenkins Decl., ¶3; Dkt. No. 5.  On July 25, 2023, the Court set a briefing schedule for the Motion to Dismiss and ordered a Motion Hearing date for September 18, 2023.  Jenkins Decl., ¶4; Dkt. No. 6.  On August 8, 2023, Plaintiff filed a Response in Opposition to the Motion to Dismiss.  Jenkins Decl., ¶5; Dkt. No. 7.  On August 9, 2023, Defendant filed Answer.  Jenkins Decl., ¶6; Dkt. No. 8.  On August 10, 2023, the Court denied Defendant's Motion to Dismiss.  Jenkins Decl., ¶7; Dkt. No. 10.

On August 9, 2023, the Court issued a Notice and Order Setting Early Neutral Evaluation Conference for September 20, 2023.  Jenkins Decl., ¶8; Dkt. No. 9.  On September 9, 2023, Plaintiff and Defendant (collectively, "Parties") filed a Joint Discovery Plan pursuant to FRCP Rule 26(f).  Jenkins Decl., ¶9; Dkt. No. 11.  On September 21, 2023, Court ordered and set the Scheduling Order Regulating Discovery and Other Pretrial Proceedings ("Scheduling Order") after the hearing on September 20, 2023.  Jenkins Decl., ¶10; Dkt. Nos. 12, 13.

The Scheduling Order set the following deadlines: (1) Discovery completion date as February 23, 2024; (2) Motion for Class Certification to be filed no later than March 29, 2024; and (3) Status Conference date to schedule remaining dates and deadlines set for June 28, 2024.  Jenkins Decl., ¶11.  The Scheduling Order also ordered that the dates and times in the Scheduling Order will not be modified without good cause.  Jenkins Decl., ¶12.

/ / /

1  Thereafter, on or about December 7, 2023, Plaintiff propounded discovery in
2  the form of Request for Production of Documents and Special Interrogatories to
3  Defendant.  Jenkins Decl., ¶13.  On or about December 7, 2023, Plaintiff also
4  propounded Notices of Depositions to three individuals.  Jenkins Decl., ¶14.  On
5  December 8, 2023, Defendant propounded discovery in the form of Request for
6  Production of Documents and Special Interrogatories to Plaintiff.  Jenkins Decl.,
7  ¶15.  On December 8, 2023, Defendant propounded Notices of Depositions to
8  Plaintiff Thane Charman, and the deposition was scheduled for January 29, 2024.
9  Jenkins Decl., ¶16.  On December 14, 2023, Plaintiff resent previously sent
10 deposition notices to the three individuals and scheduled the depositions for January
11 25, 2024.  Jenkins Decl., ¶17.  On or about December 27, 2023, Plaintiff and
12 Defendant began engaging in settlement discussions but agreed that both Parties
13 need more time to consider settlement proposals pending discovery.  Jenkins Decl.,
14 ¶17.  On January 9, 2024, Plaintiff served their responses to Defendant's discovery
15 requests.  Jenkins Decl., ¶18.

16 On January 9, 2024, Plaintiff and Defendant stipulated to extend the deadline
17 to serve Defendant's discovery responses to January 22, 2024.  Jenkins Decl., ¶19.
18 On or about January 9, 2024, Defendant served an Amended Notice of Deposition to
19 Plaintiff and scheduled the deposition of Plaintiff Thane Charman for February 1,
20 2024.  Jenkins Decl., ¶20.  On January 12, 2024, Defendant served a subpoena to a
21 third-party for a deposition scheduled for February 20, 2024.  Id.  On January 15,
22 2024, the Parties met and conferred via email communication regarding the
23 continuance for deadlines in the Scheduling Order satisfying the requirement for a
24 meet and confer before bringing this Joint Motion.  Jenkins Decl., ¶24.

25 And now, the Parties jointly request that the deadlines in the Scheduling
26 Order be continued by 90 days to allow the Parties to perform necessary depositions
27 and discovery in this case, as follows:
28 / / /

1.  Scheduled deadline for completing discovery by all Parties to be extended from February 23, 2024 to **May 23, 2024.**
2.  Scheduled deadline for filing a Motion for Class Certification by Plaintiff to be extended from March 29, 2024 to **June 29, 2024**.
3.  Scheduled telephonic Status Conference for June 28, 2024 at 9:30 a.m. to be rescheduled for **September 28, 2024 or later, at a time available on the Court's calendar**. Jenkins Decl., ¶21.

Good cause exists for granting of this Joint Motion. Plaintiff and Defendant are engaged in ongoing settlement negotiations. Jenkins Decl., ¶22. On December 27, 2023, Defendant received a settlement demand from the Plaintiff and Defendant is currently gathering evidence and data to respond to the settlement demand. Id. Defendant needs the extra time to gather credible evidence from various sources to negotiate this settlement demand. Id. In the event the settlement discussions fail, the Parties can utilize evidence gathered to bring or oppose a Motion for Class Certification, identify further witnesses for depositions, and prepare their respective witnesses for depositions. Id.

Further, there have not been any previous time modifications in the case by Court order. Jenkins Decl., ¶23. The requested time modifications should not have any impact on the schedule of the case as the case is in its infancy and was recently assigned to this Court. Id.

## 2. **STIPULATION**

Pursuant to the forgoing recitals, which are incorporated herein by this reference, and subject to the Court's approval, the Parties stipulate and agree as follows:

1.  Scheduled deadline for completing discovery by all Parties to be extended from February 23, 2024, to **May 23, 2024.**
2.  Scheduled deadline for filing a Motion for Class Certification by Plaintiff to be extended from March 29, 2024, to **June 29, 2024**.

3.    Scheduled telephonic Status Conference for June 28, 2024, at 9:30 a.m. to be rescheduled for **September 28, 2024, or later, at a time available on the Court's calendar**.

**IT IS SO STIPULATED.**

DATED:  January 22, 2024    TREDWAY, LUMSDAINE & DOYLE LLP

By: *s/Shannon Marie Jenkins, Esq.*
SHANNON MARIE JENKINS, ESQ.
Attorneys for Defendant,
HIGHTECHLENDING, INC. D/B/A/
AMERICAN SENIOR
E-mail: sjenkins@tldlaw.com

DATED:  January 22, 2024    LAW OFFICE OF YURI SIMPSON

By: *s/ Yuri Simpson, Esq.*
YURI SIMPSON, ESQ.
Attorneys for Plaintiff, THANE CHARMAN
E-mail: yuri@lifelinelegal.com

DATED:  January 22, 2024    PRATO REICHMAN, APC

By: *s/ Chris Reichman, Esq.*
CHRIS REICHMAN, ESQ.
Attorneys for Plaintiff, THANE CHARMAN
E-mail: chrisr@prato-reichman.com

TREDWAY, LUMSDAINE & DOYLE LLP
2010 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684

5

Case No. 3:23-cv-01235-AJB-KSC

JOINT MOTION TO CONTINUE CERTIFICATION AND ALL RELATED DEADLINES INCLUDING DISCOVERY