SHANNON MARIE JENKINS, ESQ. (Bar No. 189781)
E-mail: sjenkins@tldlaw.com
TREDWAY, LUMSDAINE & DOYLE LLP
2010 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 756-0684
Facsimile: (866) 298-9254

Attorneys for Plaintiff,
HIGHTECHLENDING, INC. D/B/A/
AMERICAN SENIOR

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHTECHLENDING INC, d/b/a AMERICAN SENIOR, a business entity and JOHN DOE an unknown business entity,<br><br>Defendants. | Case No. 3:23-cv-01235-AJB-KSC<br><br>**DECLARATION OF SHANNON MARIE JENKINS, ESQ.**<br><br>[Filed Concurrently with Joint Motion; Proposed Order]<br><br>Assigned To: Hon. Anthony J. Battaglia<br>Magistrate Judge: Hon. Karen S. Crawford<br><br>Action Filed:   07/03/2023<br>Trial Date:       Not Set Yet |

I, Shannon Marie Jenkins, Esq., declare as follows:

1.  I am an attorney duly admitted to practice before this Court. I am a partner with Tredway, Lumsdaine & Doyle LLP, attorneys of record for HighTechLending, Inc. d/b/a/ American Senior. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. I make this declaration in support of the Joint Motion To Continue Deadlines In Scheduling Order Regulating Class Certification, Discovery, And Other Pre-Trial Proceedings.

2.  On July 02, 2023, Plaintiff filed a class action complaint against Defendant in this Court alleging (1) Violations of the Telephone Consumer

Protection Act [47 U.S.C. 227 et. seq.] and (2) Violations Unlawful Prong of California Unfair Competition Law.

3. On July 24, 2023, the Defendant filed a Motion to Dismiss for Insufficient Service of Process.

4. On July 25, 2023, the Court set a briefing schedule for the Motion to Dismiss and ordered a Motion Hearing date for September 18, 2023.

5. On August 8, 2023, Plaintiff filed a Response in Opposition to the Motion to Dismiss

6. On August 9, 2023, Defendant filed Answer.

7. On August 10, 2023, the Court denied Defendant's Motion to Dismiss.

8. On August 9, 2023, the Court gave Notice and Order Setting Early Neutral Evaluation Conference for September 20, 2023.

9. On September 9, 2023, Plaintiff and Defendant filed a Joint Discovery Plan pursuant to FRCP Rule 26(f).

10. On September 21, 2023, Court ordered and set the Scheduling Order Regulating Discovery and Other Pretrial Proceedings ("Scheduling Order") after the hearing on September 20, 2023.

11. The Scheduling Order set the following deadlines: (1) Discovery completion date as February 23, 2024; (2) Motion for Class Certification to be filed no later than March 29, 2024; and (3) Status Conference date to schedule remaining dates and deadlines set for June 28, 2024.

12. The Scheduling Order also ordered that the dates and times in the Scheduling Order will not be modified without good cause.

13. Thereafter, on or about December 7, 2023, Plaintiff propounded discovery in the form of Request for Production of Documents and Special Interrogatories to Defendant.

14. On or about December 7, 2023, Plaintiff also propounded Notices of Depositions to three individuals.

15. On December 8, 2023, Defendant propounded discovery in the form of Request for Production of Documents and Special Interrogatories to Plaintiff.

16. On December 8, 2023, Defendant propounded Notices of Depositions to Plaintiff Thane Charman, and the deposition was scheduled for January 29, 2024.

17. On December 14, 2023, Plaintiff resent previously sent deposition notices to the three individuals and scheduled the depositions for January 25, 2024. On or about December 27, 2023, Plaintiff and Defendant began engaging in settlement discussions but agreed that both parties need more time to consider settlement proposals pending discovery.

18. On January 9, 2024, Plaintiff served their responses to Defendant's discovery requests.

19. On January 9, 2024, Plaintiff and Defendant stipulated to extend the deadline to serve Defendant's discovery responses to January 22, 2024.

20. On January 9, 2024, Defendant served an Amended Notice of Deposition to Plaintiff and scheduled the deposition of Plaintiff Thane Charman for February 1, 2024. On or about January 12, 2024, Defendant served a subpoena to a third-party for a deposition scheduled for February 20, 2024.

21. The parties jointly request that the deadlines in the Scheduling Order be continued by 90 days to allow the parties to perform necessary depositions and discovery in this case. The scheduled deadline for completing discovery by all parties to be extended from February 23, 2024, to May 23, 2024. The scheduled deadline for filing a Motion for Class Certification by Plaintiff to be extended from March 29, 2024 to June 29, 2024. The scheduled telephonic Status Conference for June 28, 2024 at 9:30 a.m. to be rescheduled for September 28, 2024 or later, at a time available on the Court's calendar.

22. I believe that good cause exists for granting of this Joint Motion. Plaintiff and Defendant are engaged in ongoing settlement negotiations. On December 27, 2023, Defendant received a settlement demand from Plaintiff and

1 Defendant is currently gathering evidence and data to respond to the settlement
2 demand.  Defendant needs the extra time to gather credible evidence from various
3 sources to negotiate this settlement demand.  In the event the settlement discussions
4 fail, the Parties can utilize evidence gathered to bring or oppose a Motion for Class
5 Certification, identify further witnesses for depositions, and prepare their respective
6 witnesses for depositions.

   23.   There have not been any previous time modifications in the case by Court order.  I do not believe that the requested time modifications should not have any impact on the schedule of the case as the case is in its infancy and was recently assigned to this Court.

   24.   On or about January 15, 2024, I met and conferred via email communication with the Plaintiff's counsel regarding the continuance of deadlines in the Scheduling Order satisfying the requirement for a meet and confer before bringing this Joint Motion.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on this 22nd day of January, 2024, at Irvine, California.

*Shannon Marie Jenkins, Esq.*
_____
Shannon Marie Jenkins, Esq.