SHANNON MARIE JENKINS, ESQ. (Bar No. 189781)
TREDWAY, LUMSDAINE & DOYLE LLP
2010 Main Street, Suite 1000
Irvine, California 92614
Telephone:  (949) 756-0684
Facsimile:   (866) 298-9254

Attorneys for HighTechLending, Inc.
d/b/a/ American Senior

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHTECHLENDING INC, d/b/a AMERICAN SENIOR, a business entity and JOHN DOE an unknown business entity,<br><br>Defendants. | Case No. 3:23-cv-01235-AJB-KSC<br><br>**PROOF OF SERVICE**<br><br>Filed Concurrently with Joint Motion; Evidentiary Declaration; Proposed Order<br><br>Assigned To: Hon. Anthony J. Battaglia<br>Magistrate Judge: Hon. Karen S. Crawford<br><br>Action Filed:   07/03/2023<br>Trial Date:      Not Set Yet |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2010 Main Street, Suite 1000, Irvine, CA 92614.

On January 22, 2024, I served true copies of the following document(s) described as **JOINT MOTION TO CONTINUE DEADLINES IN SCHEDULING ORDER REGULATING CLASS CERTIFICATION, DISCOVERY, AND OTHER PRE-TRIAL PROCEEDINGS; DECLARATION OF SHANNON MARIE JENKINS, ESQ.; [PROPOSED] ORDER GRANTING JOINT MOTION TO DEADLINES IN SCHEDULING**

**ORDER REGULATING CLASS CERTIFICATION, DISCOVERY, AND OTHER PRE-TRIAL PROCEEDINGS** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 22, 2024, at Irvine, California.

*Sara Yun*
Sara Yun

**SERVICE LIST**
**Charman v. HighTechLending**
**Case No. 3:23-cv-01235-AJB-KSC**

| | |
|---|---|
| Yuri Simpson, Esq.<br>LAW OFFICE OF YURI SIMPSON<br>PO Box 16232<br>San Diego, CA 92176<br>Ph: (619) 762-1118<br>Email: yuri@lifelinelegal.com | Attorney for Plaintiff Thane Charman individual and on behalf of all others similarly situated |
| Justin Prato Esq.<br>Christopher J. Reichman, Esq.<br>PRATO & REICHMAN, APC<br>3675 Ruffin Road, Suite 220<br>San Diego CA 92123<br>Direct: (619) 619-886-0252<br>Fax: (619) 241-8309<br>Email: JustinP@prato-reichman.com<br>ChrisR@prato-reichman.com | Attorneys for Plaintiff Thane Charman individual and on behalf of all others similarly situated |

TREDWAY, LUMSDAINE & DOYLE LLP
2010 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684

33429-011 1681795

3

Case No. 3:23-cv-01235-AJB-KSC