# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HIGHTECHLENDING INC, d/b/a AMERICAN SENIOR, a business entity and JOHN DOE an unknown business entity,<br><br>　　　　Defendants. | Case No. 3:23-cv-01235-AJB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES IN SCHEDULING ORDER REGULATING CLASS CERTIFICATION, DISCOVERY, AND OTHER PRE-TRIAL PROCEEDINGS**<br><br>[DOC. NO. 18] |

The parties' Joint Motion to Continue Deadlines in Scheduling Order Regulating Class Certification, Discovery, and Other Pre-Trial Proceedings is GRANTED. Doc. No. 18. The new Scheduling Order dates are:

| **Activity** | **Current Date** | **New Date** |
|---|---|---|
| Last Day to Complete All Class Discovery | 02/23/2024 | 05/23/2024 |
| Last Day to File Motion for Class Certification | 03/29/2024 | 06/28/2024 |

| Status Conference | 06/28/2024 | 09/27/2024, 9:30 a.m. |
|---|---|---|

     IT IS SO ORDERED.

Dated:  January 22, 2024

Hon. Karen S. Crawford
United States Magistrate Judge