1
2
3
4
5
6
7

Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
3675 Ruffin Rd., Suite 220
San Diego, California 92123
Telephone: (619) 683-7971
chrisr@prato-reichman.com

Attorney for Plaintiff
THANE CHARMAN

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20

| THANE CHARMAN, individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> vs. <br><br> HIGHTECHLENDING INC., d/b/a AMERICAN SENIOR, *et. al.*, <br><br> Defendant, | Case No: 3:23-cv-01235-AJB-KSC <br><br> **AMENDED NOTICE OF SETTLEMENT; REQUEST COURT TO RETAIN JURISDICTION UNTIL JULY 12, 2024** <br><br><br> Judge: Hon. Anthony J. Battaglia |
| --- | --- |

21
22
23
24
25
26
27
28

- 1 -

Amended Notice of Settlement

Comes now Plaintiff THANE CHARMAN, to notify the Court that all parties have reached private settlement of the material issues in dispute in the above captioned case.  The parties will need roughly thirty (30) days to finalize a settlement agreement and execute same.

Therefore, we request the Court stay all hearings and deadlines and retain jurisdiction until July 12, 2024.  The Parties will file a request for dismissal with prejudice upon final settlement no later than July 12, 2024.

This notice has been amended to remove any references to any Plaintiff other than Thane Charman.  Any references to anyone else were an artifact of the template document used and Plaintiff's counsel apologizes for any confusion.

DATED: June 6, 2024                                   **PRATO & REICHMAN, APC**


/s/ Christopher J. Reichman
Christopher J. Reichman,
Attorney for Plaintiff,
Thane Charman

- 2 -

Amended Notice of Settlement

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all

counsel of record in the above entitled and numbered cause on the date below.

__X__ Via ECF

DATED: June 6, 2025                    **PRATO & REICHMAN, APC**

                                       _/s/ Christopher J. Reichman_____
                                       By: Christopher J. Reichman, Esq.
                                       Prato & Reichman APC
                                       Attorneys for Plaintiff
                                       THANE CHARMAN

Amended Notice of Settlement