# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>HIGHTECHLENDING INC., d/b/a AMERICAN SENIOR, *et. al.*,<br><br>Defendant, | Case No.: 3:23-cv-01235-AJB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

# ORDER

The Court, having considered the Parties' Stipulation of Dismissal, hereby ORDERS that:

1. Plaintiff's individual claims in the above-captioned action are dismissed with prejudice;

2. The claims of the putative class members in the above-captioned action are dismissed without prejudice;

3. Each party is to bear its own fees and costs; and

4. The Court retains jurisdiction to enforce the Parties' settlement agreement for a period of one year from the date of this Order.

**IT IS SO ORDERED.**

Dated: July 8, 2024

_____
Hon. Anthony J. Battaglia
United States District Judge